## LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792-0048 • E: Jason@levinepstein.com

April 28, 2026

***Via Electronic Filing***
The Hon. Sarah L. Cave, U.S.M.J.
500 Pearl St., Courtroom 12B
New York, NY 10007-1312

Re:    *Jones v. Locanut, Inc.*
Case No.: 1:25-cv-09878-JHR

Dear Hon. Magistrate Judge Cave,

This law firm is counsel to Defendant Locanut, Inc. (the "Defendant") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rule, this letter respectfully serves to request an adjournment of the in-person initial case conference, *sine die*. In the alternative, the instant letter respectfully requests: (i) that the initial case conference be converted to a telephonic conference; and (ii) that the initial case conference be adjourned to a date and time set by the Court after May 4, 2026.

This is the first request of its kind, and is made on consent of counsel for Plaintiff Clay Lee Jones (the "Plaintiff"). If granted, the instant request would not affect any other scheduled deadlines. Plaintiff has neither consented to, nor objected to, the instant request.

The basis of the request is that the parties respectfully request that the Court so-order the proposed case management plan, and scheduling order, filed on April 23, 2026. [*See* Dckt. No. 17]. A second, independent basis, also necessitates the instant request. The undersigned law firm has a conflicting, unavoidable, appearance before the United States District Court of the Eastern District of New York on April 30, 2026, in the case captioned *Kauser v. MHF 5th Ave., LLC et al*, Case No.: 1:22-cv-05121-RER-SDE.

In light of the foregoing, it is respectfully requested that the Court adjourn the in-person initial case conference, *sine die*, or, alternatively, convert the initial case conference to a telephonic conference; and adjourn the virtual conference to a date and time set by the Court after May 4, 2026.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
    Jason Mizrahi
    420 Lexington Avenue, Suite 2458
    New York, NY 10170
    Tel. No.:  (212) 792-0048
    Email: Jason@levinepstein.com
    *Attorneys for Defendant*

Cc: All Counsel of Record (via ECF)

---

The parties' request at Dkt. No. 18 is **GRANTED**. Given that the parties agree to the deadlines set forth in the Report of Rule 26(f) Conference and Proposed Case Management Plan (Dkt. No. 17 (the "PCMP")), the Court will So Order the PCMP under separate order without holding an initial case management conference. Accordingly, the in-person initial case management conference scheduled for April 30, 2026 at 2:15 p.m. ET, (Dkt. No. 16), is **CANCELLED**.

A telephone conference to discuss the status of discovery is scheduled for **July 16, 2026 at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654.

The Clerk of Court is respectfully directed to close Dkt. No. 18.

SO ORDERED.    April 29, 2026

SARAH L. CAVE
United States Magistrate Judge