STEIN | SAKS, PLLC

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG ▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

July 14, 2026

**Via CM/ECF**
The Honorable Sarah L. Cave
United States District Court
Southern District of New York

Plaintiff's request at Dkt. No. 21 is **GRANTED**. The telephone conference to discuss the status of discovery scheduled for July 16, 2026 at 12:00 p.m. ET (Dkt. No. 19) is **ADJOURNED** to **August 18, 2026 at 11:00 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654.

The Clerk of Court is respectfully directed to close Dkt. No. 21.

SO ORDERED. July 14, 2026

SARAH L. CAVE
United States Magistrate Judge

RE: *Jones v. Locanut, Inc.*
Case No.: 1:25-cv-09878-JHR-SLC

Dear Judge Cave:

This law firm is counsel for Plaintiff Clay Lee Jones in the above referenced matter. Counsel for Plaintiff has a conflict for the discovery status conference currently scheduled for July 16, 2026, at 12:00pm. The parties request an adjournment of this conference. The parties are available on August 18, 2026, or August 20, 2026. This is the first request of this kind and made with consent of Defendant's counsel.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Rami Salim, Esq.*
By: Rami Salim, Esq.