UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAY LEE JONES, on behalf of himself and all others similarly situated,

Plaintiff,

-v-

LOCANUT, INC.,

Defendant.

CIVIL ACTION NO. 25 Civ. 9878 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on August 18, 2026 (the "Conference"), the Court **ORDERS** the following:

1. Should the parties wish to order a copy of the Conference transcript, they may do so by using the annexed form.

2. By **August 21, 2026**, Defendant's counsel shall file a letter setting forth Defendant's willingness and availability for a settlement conference with the Court on September 23, 2026 at 10:00 a.m. ET.

3. The deadline of September 10, 2026 to complete fact discovery, including depositions, (Dkt. No. 20 at 3), is **EXTENDED** to **October 9, 2026**.

4. The deadline of September 17, 2026 for the parties to file a letter certifying the completion of fact discovery, (Dkt. No. 20 at 3), is **EXTENDED** to **October 16, 2026**.

Dated: New York, New York
August 18, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ____________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

**INDICATE SERVICE:**

(prices listed are per page)

| | | | | |
|---|---|---|---|---|
| Daily $7.30 ◯ | 3 Day $6.55 ◯ | 7 Day $5.85 ◯ | 14 Day $5.10 ◯ | 30 Day $4.40 ◯ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL