UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAY LEE JONES, on behalf of himself and all others similarly situated,

Plaintiff,

-v-

LOCANUT, INC.,

Defendant.

CIVIL ACTION NO. 25 Civ. 9878 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 17, 2026, the parties filed a letter notifying the Court that they have reached a settlement in principle. (Dkt. No. 26 (the "Settlement Notice")). In light of the Settlement Notice, on September 18, 2026, the undersigned issued an Order (i) adjourning sine die the settlement conference scheduled for September 23, 2026 at 10:00 a.m. ET, (ii) directing the parties to file a stipulation of voluntary dismissal by October 19, 2026, and (iii) adjourning all other deadlines sine die. (Dkt. No. 28 (the "Memo Endorsement")). On the same day, however, the Honorable Jennifer H. Rearden issued an Order of Dismissal. (Dkt. 27 (the "Order of Dismissal")). In light of the Order of Dismissal, the Clerk of Court is respectfully directed to **STRIKE** the Memo Endorsement at Dkt. No. 28.

In light of the Settlement Notice and the Order of Dismissal, the settlement conference scheduled for September 23, 2026 at 10:00 a.m. ET (Dkt. No. 25) is **CANCELLED**.

Dated: New York, New York
September 21, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**